# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Action No. 23-cv-01028-REB

CARLOS EDUARDO LOPES FERREIRA,

    Plaintiff,

v.

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,
UNITED STATES DEPARTMENT OF HOMELAND SECURITY,
ANDREW LAMBRECHT, Director, Denver Field Office, United States Citizenship and Immigration Services , in his official capacity,
ROB MATHER, Director, Denver Office, United States Citizenship and Immigration Services , in his official capacity,
UR MENDOZA JADDOU, Director, United States Citizenship and Immigration Services , in her official capacity, and
ALEJANDRO MAYORKAS, Secretary of Department of Homeland Security, in his official capacity,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before the court is the **Notice of Voluntary Dismissal Pusuant** [*sic*] **To F.R.C.P. 41(a)(1)(A)(i)** [#15][1] filed July 24, 2023.  Rule 41(a)(1) provides that, subject to conditions not applicable here, "the plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment."  FED. R. CIV. P. 41(a)(1)(A)(i).  The notice [#15] satisfies that requirement.

---

[1] "[#15]" is an example of the convention the court uses to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  The court uses this convention throughout this order.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Notice of Voluntary Dismissal Pusuant** [*sic*] **To F.R.C.P. 41(a)(1)(A)(i)** [#15] is approved;

2. That under Fed. R. Civ. P. 41(a)(1)(A)(i), this case is dismissed without prejudice, with each party to bear its own attorney fees and costs; and

3. That this case is closed.

Dated July 24, 2023, at Denver, Colorado.

BY THE COURT:

Bob Blackburn
Robert E. Blackburn
United States District Judge